of Mr. Justice Putnam at Special Term. See, also, 69 Misc. Rep. 93, 124 N. Y. Supp. 869.

BARCLAY, Respondent, v. BARRIE, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Reginald G. Barclay against Alexander Barrie. E. B. Hill, for appellant. Gould & Wilkie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 App. Div. 670, 127 N. Y. Supp. 403.

BASH, Respondent, v. HEILIGER, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Julius Bash against Isidor Heiliger. P. Heiliger, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BAUKAT v. SJOBERG. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by John K. Baukat against John P. Sjoberg. No opinion. Application denied, with $10 costs. Order signed.

BECKER v. LUST. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by John J. Becker against Alfred Lust. No opinion. Application denied, with $10 costs. Order signed.

BECKER, Respondent, v. URSINO, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by Harry Becker against Rocco V. Ursino. No opinion. Judgment of the Municipal Court affirmed, with costs.

BEHR, Respondent, v. STEUER, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Charles B. Behr against Max D. Steuer. No opinion. Interlocutory judgment affirmed, with costs.

In re BELL. (Supreme Court, Appellate Division, First Department. May 12, 1911.) In the matter of Roy M. Bell. H. A. Rubino, for appellant. C. Seasongood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BELLOTTE, Respondent, v. BELLOTTE, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Mary E. Bellotte against George A. Bellotte. No opinion. Order affirmed, with $10 costs and disbursements.

BELLOWS, Appellant, v. RAYNOR, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Sniffen K. Bellows against Russell Raynor. No opinion. Judgment unanimously affirmed, with costs.

BENNETT, Respondent, v. LEWIS F. SHOEMAKER & CO., Appellants. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Joseph J. Bennett against Lewis F. Shoemaker & Co. F. W. Cat-lin, for appellants. E. C. Miller, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BERMAN et al., Appellants, v. HOLLANDER. Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Max Berman and another against Julius Hollander. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re BERNSTEIN. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) In the matter of A. Lincoln Bernstein, an attorney. No opinion. Motion granted, and reference ordered to Richards Mott Cahoone, Esq., to take testimony and report thereon, with his opinion. Edward A. Freshman, Esq., is assigned to conduct such proceedings.

BERWANGER, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Elizabeth Berwanger, an infant, by Charles Berwanger, her guardian ad litem, against the American Ice Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. For former decision, see 128 N. Y. Supp. 1113.

BINGHAM, Appellant, v. GAYNOR, Respondent. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Theodore A. Bingham against William J. Gaynor. E. C. Crowley, for appellant. S. C. Baldwin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 N. Y. Supp. 1112.

BINNS v. VITAGRAPH CO. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by John R. Binns against the Vitagraph Company. No opinion. Motion denied. Order filed. See, also, 141 App. Div. 929, 126 N. Y. Supp. 1122.

BIRD, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Francis A. Bird against the City of Buffalo. No opinion. Judgment affirmed, with costs.

BLOOMINGDALE v. DUFFY. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Emanuel W. Bloomingdale against Mary A. Duffy, as executrix. No opinion. Application granted. Order signed. See, also, 127 N. Y. Supp. 1080.

BLOSSOM HEATH INN, Appellant, v. HEALY, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) In the matter of summary proceedings brought by the Blossom Heath Inn against Timothy D. Healy. No opinion. Motion denied, with $10 costs.

BLUTE, Respondent, v. FELLOWES, Appellant. (Supreme Court, Appellate Division,